UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>SILVIO QUATTRO, LLC, a California Limited Liability Company; and Does 1-10,<br><br>Defendants. | **Case: No.: 3:16-CV-05188-HSG**<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including February 3, 2017.

2. All other deadlines that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: December 22, 2016          _____
                                  HONORABLE HAYWOOD S. GILLIAM, JR.
                                  UNITED STATES DISTRICT JUDGE

1

ORDER Granting Joint Stip                                Case No.: 3:16-CV-05188-HSG