UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SILVIO QUATTRO, LLC, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | **Case: No.:** 3:16-CV-05188-HSG<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and including February 15, 2017.

2. All other deadlines that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated:  January 20, 2017

*/s/ Haywood S. Gilliam, Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1

ORDER Granting Joint Stip                             Case No.: 3:16-CV-05188-HSG