# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>v.<br><br>SILVIO QUATTRO, LLC, a California Limited Liability Company; and Does 1-10,<br><br>　　　Defendants. | Case No.: 4:16-CV-05188-HSG<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets a Status Conference/OSC for **September 12, 2017** at **2:00 pm** at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: July 11, 2017

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Court Judge